the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Helen Douglas Camp-bell, pro se.*

No. 506. A. B. & M. LIQUIDATION CORPORATION *v.* PEL-HAM HALL CO. ET AL. November 18, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Messrs. Richard Wait* and *Charles P. Curtis, Jr.* for petitioner. *Mr. Robert H. Davison* for respondents.

No. 231. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* JENNINGS ET AL. November 18, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Solicitor General Biddle* for petitioner.

No. 485. GRAY ET AL. *v.* BLIGHT, ADMINISTRATRIX. November 18, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. T. R. Boone* for petitioners.

No. 493. NEW YORK HANDKERCHIEF MANUFACTURING CO. *v.* NATIONAL LABOR RELATIONS BOARD. November 18, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John L. McInerney* for petitioner. *Solicitor General Biddle* and *Messrs. Thomas E. Harris, Robert B. Watts, Laurence A. Knapp,* and *Mortimer B. Wolf,* and *Miss Ruth Wey-and* for respondent.